**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00132-CV

**D. BRENT LEMON, Appellant**

**V.**

**DANIEL HAGOOD, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-03989-E**

## ORDER

We **GRANT** appellant's December 23, 2013 unopposed second motion for an extension

of time to file a reply brief.  Appellant shall file his reply brief on or before January 21, 2014.

/s/     ADA BROWN
         JUSTICE